# Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| DIANNA M. STROH, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JEROME D. STROH; DIANNA M. STROH,<br><br>Plaintiffs,<br><br>vs.<br><br>ONE REVERSE MORTGAGE, LLC,<br><br>Defendant. | Civil Action No. \_\_\_\_<br><br>**DECLARATION OF RYLAND DEINERT IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>(Formerly Seventh Judicial Circuit Case No. 23CIV18-000004) |

RYLAND DEINERT hereby declares as follows:

1. My name is Ryland Deinert. I am an attorney in the Klass Law Firm, LLP. I am one of the counsel of record for Defendant One Reverse Mortgage, LLC (hereinafter, "Defendant") in the above-captioned action. This Declaration is offered in support of Defendant's Notice of Removal and is based on my personal knowledge.

2. In accordance with 28 U.S.C. § 1446(a), Defendant has filed a true and complete copy of all pleadings and other documents that were previously filed with the Seventh Judicial Circuit for the County of Fall River in the State of South Dakota, contemporaneously with the filing of Defendant's Notice of Removal.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED this 17th day of January, 2018.

_____
Ryland Deinert

KLASS LAW FIRM, L.L.P.

1