# Exhibit C

| | |
|---|---|
| STATE OF SOUTH DAKOTA | IN CIRCUIT COURT |
| COUNTY OF FALL RIVER | SEVENTH JUDICIAL CIRCUIT |

| | |
|---|---|
| DIANNA M. STROH, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JEROME D. STROH; DIANNA M. STROH,<br><br>Plaintiffs,<br>vs.<br><br>ONE REVERSE MORTGAGE, LLC,<br><br>Defendant. | 23CIV18-000004<br><br>**NOTICE OF FILING OF NOTICE OF REMOVAL** |

Defendant One Reverse Mortgage, by and through its counsel of record, Klass Law Firm, LLP, hereby gives notice that on January 17, 2018, it filed the attached Notice of Removal and exhibits thereto in the United States District Court for the District of South Dakota, Western Division by e-filing the same to the Clerk of said Court.

Respectfully submitted,

Ryland Deinert
KLASS LAW FIRM, L.L.P.
Mayfair Center, Upper Level
4280 Sergeant Road, Suite 290
Sioux City, IA 51106
 deinert@klasslaw.com
WWW.KLASSLAW.COM
712/252-1866
712/252-5822 fax

ATTORNEYS FOR ONE REVERSE MORTGAGE, LLC

1

Copy to:

Jim Sword
Brian Ahrendt
P.O. Box 283
Hot Springs, SD  57747

CERTIFICATE OF SERVICE
The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleading on ___1/17___, 2018
By:  ✓ U.S Mail          ___ Facsimile
     ___ Hand delivered  ___ Overnight courier
     ✓ Email             ✓ ECF

Signature _____

2