UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| DIANNA M. STROH, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JEROME D. STROH; DIANNA M. STROH, <br><br> Plaintiff, <br><br> vs. <br><br> ONE REVERSE MORTGAGE, LLC, <br><br> Defendant. | Civil Action No. _____ <br><br> **ORDER TO EXTEND ANSWER DEADLINE** |

Based on the parties' Joint Motion to Extend Answer Deadline, and good cause appearing therefor,

IT IS HEREBY ORDERED that One Reverse Mortgage may have until Wednesday, January 31, 2018 within which to file a responsive pleading to Plaintiffs' Complaint.

Dated:_____

_____
JUDGE