UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| DIANNA M. STROH, as personal representative for the Estate of Jerome D. Stroh; DIANNA M. STROH, <br><br> Plaintiff, <br><br> v. <br><br> ONE REVERSE MORTGAGE, LLC, <br><br> Defendants. | Case No. CIV 18-05002 <br><br> NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

    Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, DIANNA M. STROH, as personal representative for the Estate of Jerome D. Stroh; DIANNA M. STROH, and/or their counsel(s), hereby give notice the above-captioned action is voluntarily dismissed against the defendant, ONE REVERSE MORTGAGE, LLC.

Date: January 30, 2018

For the firm:

_____
Brian T. Ahrendt
Sword & Ahrendt Law Office, P.C.
PO Box 283
Hot Springs, SD 57747
(605)745-5422
brian@swordlawoffice.com

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that he served the Notice of Voluntary Dismissal pursuant to F.R.C.P. 41(a)(1)(A)(i) to the individual(s) hereinafter next designated all on the date below by placing the same in the service indicated and addressed as follows:

One Reverse Mortgage LLC
c/o Ryland Deinert
KLASS LAW FIRM, L.L.P.
4280 Sergeant Road, Suite 290
Sioux City, IA  51106
deinert@klasslaw.com

[　]　U.S. Mail postage prepaid
[　]　Hand Delivery
[　]　Facsimile Transmission
[　]　Email
[ X ]　CM/ECF

which address[es] is/are the last known address[es] of the addressee[s] known to the subscriber, on the 30th day of January, 2018.

    Dated January 30, 2018

                                                                          Brian T. Ahrendt